AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Perry Mason | ) | |
|---|---|---|
| *Petitioner* | ) | |
| v. | ) | Civil Action No.   9:11-CV-01655-MBS-BM |
| Kenny Atkinson | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   This Case is dismissed without prejudice.  The Petitioner shall take nothing on this petition filed pursuant to Title 28 U.S.C. § 2241.
                                                                                                                                                                          .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Honorable Margaret B. Seymour, United States District Judge
                                                                                                                                                                          .

Date:   August 22, 2011                                   *CLERK OF COURT*   Larry W. Propes

                                                                                         s/Chondra S. White
                                                                                         *Signature of Clerk or Deputy Clerk*